# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-3280

_____

Nico Redding,                                        *
                                                     *
            Plaintiff,                               *
                                                     *
Anthony B. Hale,                                     *
                                                     * Appeal from the United States
            Appellant,                               * District Court for the
                                                     * District of Minnesota.
      v.                                             *
                                                     *    [UNPUBLISHED]
Dennis Benson, Warden;                               *
Otis Sanders, Associate Warden;                      *
Dennis Hirch, Canteen Supervisor,                    *
                                                     *
            Appellees.                               *

_____

Submitted:  May 14, 1997

Filed:  June 3, 1997

_____

Before  HANSEN,  MORRIS  SHEPPARD  ARNOLD,  and  MURPHY,  Circuit
      Judges.

_____

PER CURIAM.

Anthony B. Hale, a Minnesota inmate, appeals from the district court's[1] grant of summary judgment to defendants in this 42 U.S.C. § 1983 action. Contrary to Hale's assertion, the district court's referral of Hale's case to a magistrate judge for proposed findings and recommendations was proper, and did not require Hale's consent. See 28 U.S.C. § 636(b)(1)(B); McCarthy v. Bronson, 500 U.S. 136, 138-40 (1991). Having carefully reviewed the record and the briefs, we also conlude the judgment of the district court is correct and an extended opinion would lack precedential value. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.